

# Fourth Court of Appeals
## San Antonio, Texas

July 28, 2022

No. 04-21-00372-CV

**EAGLE ROCK TIMBER, INC.**,
Appellant

v.

**ROCK HARD RENTAL, LLC** and Solid Rock Crushing, LLC,
Appellees

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 18992B
Honorable M. Rex Emerson, Judge Presiding

## O R D E R

Sitting:  Patricia O. Alvarez, Justice
      Luz Elena D. Chapa, Justice
      Lori I Valenzuela, Justice

The court has determined that oral argument may be of benefit to the court on only a single issue.  Therefore, the above cause has been set for formal submission and oral argument before this Court on <u>September 27, 2022, at 2:00 P.M.</u> before a panel consisting of Justice Patricia O. Alvarez, Justice Luz Elena D. Chapa, and Justice Lori I. Valenzuela in the courtroom of the Court of Appeals for the Fourth District of Texas.

Arguments and counter-arguments will be heard only on appellant's first issue: whether the trial court erred in awarding judgment for Solid Rock Crushing, LLC ("SRC") based upon Texas Civil Practice and Remedies Code Chapter 12 (the Fraudulent Lien Statute) because SRC is not a party entitled to recovery under the statute.

The time for oral argument will be limited to twenty minutes for appellant's opening argument, twenty minutes for appellees' argument, and ten minutes for appellant's rebuttal argument.  For cases involving multiple parties per side that wish to participate in oral argument, please contact the Clerk's office to make special arrangements or file an appropriate motion after the parties have conferred.  If any party no longer wishes to present argument, the party must notify this Court in writing within seven days of receiving this order.

While it is anticipated that oral argument will occur in the courtroom, **as the COVID-19 situation continues to evolve, this is subject to change.** Should oral argument be moved to the Zoom platform, the time limitations remain the same. If any participant's link is disconnected during argument, timing of the argument will stop until the participant is able to reconnect.

If circumstances permit, this courtroom proceeding will be streaming live and archived on the court's YouTube Channel:
https://www.youtube.com/channel/USiaWJQ7eW5OQIALdyLN6s3A

In the courtroom, the following social distancing protocols will be observed and are subject to change:

Courtroom occupancy is limited to 27 persons, including three justices, one clerk, one staff attorney, and counsel of record for the appellant and appellee presenting argument (a maximum of 2 per side). For additional and necessary accommodations for any party on appeal, please contact the Clerk of Court. Mask wearing is optional for fully vaccinated individuals. **If you do not want to appear in person for oral argument, please contact the Clerk of Court immediately.**

It so **ORDERED** on this 28th day of July, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court